[No. 30489-2-III. Division Three. May 8, 2012.]

*In the Matter of the Marriage of* KRISTINE BOWMAN, *Respondent*, and JAMES W. BOWMAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-04177-7, Frank E. Cuthbertson, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30491-4-III. Division Three. May 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMAR BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03257-6, Linda CJ Lee, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 41041-9-II. Division Two. May 10, 2012.]

MICHAEL B. MCGRAW ET AL., *Appellants*, v. JOSEPH M. BLACKWELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-06367-3, Barbara D. Johnson, J., entered June 24, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 41088-5-II. Division Two. May 10, 2012.]

PAM ROCKWOOD ET AL., *Respondents*, v. JOHN J. HADALLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-00711-8, Richard L. Brosey, J., entered August 6, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Van Deren, J.